In re BERREE & WOLF.

(District Court, E. D. Pennsylvania. February 28, 1911.)

No. 2,283.

BANKRUPTCY (§ 132*)—TRUSTEE—REMOVAL—VALIDITY.

An order of the referee in bankruptcy, removing the trustee of a bankrupt, not approved by the judge possessing sole power to remove, is void, and the remainder of the order appointing a new trustee, and a subsequent order directing the original trustee to turn over the assets to the new trustee, are ineffectual.

[Ed. Note.—For other cases, see Bankruptcy, Dec. Dig. § 132.*]

Proceedings in bankruptcy against Berree & Wolf. Removal of Thomas A. McAvoy as trustee by the referee, and the appointment of a successor, adjudged void.

Charles B. Harding, for substituted trustee.

J. B. McPHERSON, District Judge. Thomas A. McAvoy was qualified as trustee of the bankrupts on August 8, 1905. On January 26, 1910, the referee removed him and appointed a new trustee. This action has never been passed upon or approved by either judge of this district, and as general order No. 13 provides that a trustee "shall be removable by the judge only" it follows that the order of January 26th was on its face coram non judice, and therefore void. As a necessary consequence the remainder of that order appointing a new trustee, and the subsequent order of March 15, 1910, directing McAvoy to turn over to the new trustee the assets that came into his hands under the appointment of 1905, must also fall as having no legal foundation. These two orders are therefore formally set aside; but, as the referee's certificate sets forth sufficient reasons for an inquiry into the conduct of McAvoy as trustee, a rule is now granted upon him returnable March 13, 1911, at 10 a. m., before the District Court in room 310, to show cause why he should not be removed as trustee, at which time a hearing upon the rule will be had. If the trustee desires to file an answer, he may do so on or before March 5th. Service of the rule to be made on or before March 4th.

---

*For other cases see same topic & § NUMBER in Dec. & Am. Digs. 1907 to date, & Rep'r Indexes